

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2018

No. 04-18-00818-CV

**IN RE FIRETROL PROTECTIONS SYSTEMS, INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Marialyn Barnard, Justice
              Luz Elena D. Chapa, Justice

On October 31, 2018, relator filed a petition for writ of mandamus. This court believes a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and real parties in interest may file a response to the petition for writ of mandamus in this court **no later than November 26, 2018.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 9, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2016CI07805, styled *Tony Escamilla, et al. v. Firetrol Protection Systems, Inc., et al.*, pending in the 438th Judicial District Court, Bexar County, Texas, the Honorable Rosemarie Alvarado-Hawkins presiding.